**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| CHRISTIAN ALEXIS VELIZ ESTRADA, | § | |
| | § | |
| | § | |
| *versus* | § | NO. 1:25-CV-00343-MAC |
| | § | |
| | § | |
| MARIA DEL CARMEN VELIZ ALVARADO, | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On June 10, 2026, the Court referred Petitioner's Motion for Attorney's Fees to the Honorable Zack Hawthorn, United States Magistrate Judge. (#s 83, 75). On August 18, 2026, Judge Hawthorn convened the parties for a Motion Hearing and the parties announced a stipulation of attorneys' fees on the record. On August 20, 2026, Judge Hawthorn issued a Report and Recommendation (#88), which recommended granting Petitioner's Motion for Attorney's Fees and Costs to the extent that Petitioner is awarded $74,061.99 in fees, costs, and expenses pursuant to 22 U.S.C. § 9007(b)(3). (#75).

The court has reviewed Judge Hawthorn's Report and Recommendation (#88) along with the record, pleadings, and all available evidence. The court finds Judge Hawthorn's findings of fact and conclusions of law are correct. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore **ORDERED** that Judge Hawthorn's Report and Recommendation (#88) granting Petitioner's Motion for Attorney's Fees and Costs to the extent that Petitioner is awarded

$74,061.99 in fees, costs, and expenses pursuant to 22 U.S.C. § 9007(b)(3) is **ADOPTED**. (#75).

SIGNED at Beaumont, Texas, this 16th day of September, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE